TAYLOR | ANDERSON LLP
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(858) 369-5141

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, TACOMA DIVISION

| | |
|---|---|
| CARLI CAMPBELL,<br><br>               Plaintiff,<br>vs.<br><br>NORTHWEST SPEED SKATING CLUB, USA ROLLER SPORTS, UNITED STATES OLYMPIC & PARALYMPIC COMMITTEE, and DEPARTMENT OF SOCIAL AND HEALTH SERVICES,<br><br>               Defendants. | Case No.  3:22-cv-05953-BHS<br><br>*Assigned for all purposes to:*<br>*Honorable Benjamin H. Settle*<br><br>**JOINT STIPULATION AND REQUEST TO DISMISS THE UNITED STATES OLYMPIC & PARALYMPIC COMMITTEE AND REMAND; ORDER OF DISMISSAL AND REMAND** |

**STIPULATION**

Plaintiff Carli Campbell and Defendant United States Olympic & Paralympic Committee ("USOPC"), by and through their counsel, hereby enter into the following stipulation:

1. Plaintiff Carli Campbell filed a complaint in the Superior Court for the State of Washington, Clallam County, against the United States Olympic & Paralympic Committee and others. The complaint alleges that Plaintiff was sexually abused by her inline skating team coach John Locke.

2. On December 8, 2022, the USOPC filed a notice of removal based on certain provisions in the Ted Stevens Amateur Sports Act, 36 U.S.C. section 220501. The action was then transferred to the Federal District Court, for the Western District of Washington.

3. The Parties have conferred about the U.S. Olympic & Paralympics Committee's role and responsibilities during the timeframe alleged in the complaint. Plaintiff has agreed to dismiss the USOPC, without prejudice and without costs and attorney's fees to any party. With the USOPC's dismissal, Plaintiff and the USOPC (collectively "the Parties") agree that federal jurisdiction under the Ted Stevens Act has been extinguished. As such, the Parties have also agreed and concurrently request that the matter be remanded to the Superior Court of Washington, in and for the County Clallam.

Dated: January 26, 2023

TAYLOR | ANDERSON, LLP

By: s/Zachary D. Rutman
Zachary D. Rutman, WSBA #52445
Taylor | Anderson, LLP
3000 El Camino Real, Building 4, Suite 200
Palo Alto, California 94306
Telephone: (858) 369-5141
Email: zrutman@talawfirm.com

*Attorneys for Defendant United States Olympic & Paralympic Committee*

Dated: January 26, 2023

ALBERT LAW PLLC

BY: s/Gregory W. Albert
Gregory W. Albert, WSBA #42673
Jonah L. Ohm Campbell, WSBA #55701
3131 Western Avenue, Suite 410
Seattle, WA 98121
Phone: (206) 576-8044
Email: greg@albertlawpllc.com
         jonah@albertlawpllc.com

*Attorneys for Plaintiff*

# ORDER

**BEFORE THE COURT**, is the Parties' stipulation to dismiss Defendant United States Olympic & Paralympic Committee and Remand. The Parties stipulate that the USOPC be dismissed, without prejudice and without costs and attorney's fees to any party. The Court has reviewed the record and files herein and is fully informed.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Parties' Stipulation to Dismiss Defendant United States Olympic & Paralympic Committee and Remand is **GRANTED.**

2. Defendant USOPC is hereby **DISMISSED**, without prejudice, and without costs or attorney's fees to any party.

3. Based on the stipulation of the Parties and the record, it is hereby **ORDERED** that the above-captioned case be remanded from the United States District Court for the Western District of Washington to the Superior Court of Washington, in and for the County of Clallam.

4. The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel and **CLOSE** the file.

DONE IN OPEN COURT this 26th day of January, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

TAYLOR | ANDERSON LLP

By: s/Zachary D. Rutman
    Zachary D. Rutman, WSBA# 52445
    Attorneys for Specially Appearing Defendant
    UNITED STATES OLYMPIC &
    PARALYMPIC COMMITTEE

ALBERT LAW PLLC


By: s/Gregory W. Albert
    Gregory W. Albert, WSBA #42673
    Jonah L. Ohm Campbell, WSBA #55701
    Attorneys for PLAINTIFF

TAYLOR | ANDERSON LLP
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(858) 369-5141

- 4 -

**JOINT STIPULATION AND REQUEST TO DISMISS THE USOPC AND REMAND;
AND ORDER OF DISMISSAL AND REMAND**

# CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Gregory W. Albert, WSBA #42673
> Jonah L. Ohm Campbell, WSBA #55701
> Albert Law PLLC
> 3131 Western Avenue, Suite 410
> Seattle, WA 98121
> Phone: (206) 576-8044
> Email: greg@albertlawpllc.com
>        jonah@albertlawpllc.com

Dated: January 26, 2023

TAYLOR | ANDERSON, LLP

By: s/Zachary D. Rutman
Zachary D. Rutman, WSBA #52445
Taylor | Anderson, LLP
3000 El Camino Real, Building 4,
Suite 200
Palo Alto, California 94306
Telephone: (858) 369-5141
Facsimile: (858) 369-5148
zrutman@talawfirm.com

*Attorneys for Defendant United States Olympic & Paralympic Committee*

**JOINT STIPULATION AND REQUEST TO DISMISS THE USOPC AND REMAND;
AND ORDER OF DISMISSAL AND REMAND**